# United States District Court
# For The Western District of North Carolina
# Asheville Division

CARL EDWARD WILEY,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　1:11-cv-270

MISSION HOSPITAL;
NANCY RUTKOWSKI,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/21/2011 Order.

                                       FRANK G. JOHNS, CLERK

                                       Signed: December 21, 2011

Frank G. Johns, Clerk
United States District Court