# United States District Court
# For The Western District of North Carolina
# Asheville Division

CARL EDWARD WILEY,

        Plaintiff(s),

vs.

MISSION HOSPITAL;
NANCY RUTKOWSKI,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-270

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/21/2011 Order.

FRANK G. JOHNS, CLERK

Signed: December 21, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court