UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-270-RJC

| | |
|---|---|
| CARL EDWARD WILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| MISSION HOSPITAL; NANCY ) | |
| RUTKOWSKI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Leave to File An Amended Complaint, (Doc. No. 7), and Motion for Entry of Default, (Doc. No. 6). On December 21, 2011, before Plaintiff filed his motion to amend, this court entered an Order dismissing Plaintiff's lawsuit brought pursuant to 42 U.S.C. §§ 1985, 1985(2) and 1986. Because a final judgment has been entered in this case, Plaintiff's motion to amend his complaint is therefore moot. Further, Plaintiff's pending motion for entry of default has also been rendered moot, as the court's Order of December 21, 2011, held that Plaintiff failed to state a claim against Defendants.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint, (Doc. No. 7), is **DENIED** as moot. Plaintiff is further warned that if he files any additional motions to amend his Complaint in this closed case, they will also be denied as moot. Plaintiff's Motion for Entry of Default, (Doc. No. 6), is also **DENIED** as moot.

Signed: January 24, 2012

Robert J. Conrad, Jr.
Chief United States District Judge